FILED
2006 Dec-07  AM 09:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROSETTA JONES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. CV-05-S-2300-S |
| | ) |
| HILLCREST BEHAVIORAL HEALTH, | ) |
| | ) |
|     Defendant. | ) |

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the magistrate judge's report and recommendation, and has reached an independent conclusion that the magistrate's report and recommendation is due to be adopted and approved. Accordingly, the court adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. In accordance with the magistrate's recommendation, plaintiff's motion to dismiss (doc. no. 14) will be granted with prejudice, and, defendant's motion for summary judgment (doc. no. 12) will be denied as moot. An appropriate order will be entered.

DONE this 7th day of December, 2006.

                                              _____
                                              United States District Judge